**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

District of Delaware

Case number (*If known*): _____ Chapter 11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Homer City Generation, L.P. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | Homer City Funding LLC |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 8  0 – 0  8  3  3  6  9  3 |

4. **Debtor's address**

**Principal place of business**

1750 ____ Power Plant Road ____
Number    Street

Homer City ____ PA ____ 15748 ____
City    State    ZIP Code

Indiana ____
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____
City    State    ZIP Code

5. **Debtor's website** (URL)    http://www.homercitygeneration.com

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☒ Partnership (excluding  LLP)

☐ Other. Specify: _____

Debtor    Homer City Generation, L.P._____    Case number (*if known*)_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

2  2  1  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ A plan is being filed with this petition.

☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☒ Yes.    District  Delaware_____    When  11  06  2012    Case number  12-13024 (KG)
                                        MM / DD / YYYY

District _____    When _____    Case number _____
                            MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
                            MM / DD / YYYY

Case number, if known _____

RLF1 15228751v.3

Debtor   Homer City Generation, L.P._____   Case number (*if known*)_____
       Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?_____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**_____
                          Number        Street

_____

_____
City                                    State       ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☒ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Debtor | Homer City Generation, L.P. | Case number (if known) | |
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☒ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

---

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☒ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☒ I have been authorized to file this petition on behalf of the debtor.

☒ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1   11   2017
         MM  / DD / YYYY

X _____
Signature of authorized representative of debtor

John R. Boken
Printed name

Title  Chief Restructuring Officer

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date  1   11   2017
     MM  / DD / YYYY

Mark D. Collins
Printed name

Richards, Layton & Finger, P.A.
Firm name

One Rodney Square, 920 North King Street
Number    Street

Wilmington
City

DE
State

19801
ZIP Code

(302) 651-7700
Contact phone

collins@rlf.com
Email address

2981
Bar number

DE
State

---

## Exhibit A

**Consent**

**WRITTEN CONSENT**
**OF**
**THE SOLE GENERAL PARTNER**
**OF**
**HOMER CITY GENERATION, L.P.**

January 10, 2017

THE UNDERSIGNED, being the sole general partner of Homer City Generation, L.P. (the "General Partner"), a Delaware partnership (the "Partnership"), does hereby consent in writing, to the adoption of, and hereby does adopt, the following resolutions and the actions specified therein:

WHEREAS, in the judgment of the General Partner, it is desirable and in the best interests of the Partnership, its creditors, partners and other interested parties that a petition be filed by the Partnership seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Chapter 11 Case");

WHEREAS, in the judgment of the General Partner, it is desirable and in the best interests of the Partnership and the Partnership's creditors, partners and other interested parties to engage Zolfo Cooper Management, LLC, a New Jersey limited liability corporation ("Zolfo"), and John Boken, Senior Managing Director of Zolfo ("Boken"), to perform certain management services for the Partnership in connection with its restructuring and the Chapter 11 Case, subject to any requisite bankruptcy court approval;

WHEREAS, pursuant to that certain services agreement, to be dated on or about January 10, 2017 (the "Services Agreement"), among the Partnership, Boken and Zolfo, Boken and Zolfo have agreed to provide such management and restructuring services;

WHEREAS, in the judgment of the General Partner, it is desirable and in the best interests of the Partnership and the Partnership's creditors, partners and other interested parties to, in connection with the Chapter 11 Case, engage the law firm of Richards, Layton & Finger, P.A. ("RLF"), as attorneys for the Partnership under a general retainer in the Chapter 11 Case, subject to any requisite bankruptcy court approval;

WHEREAS, in the judgment of the General Partner, it is desirable and in the best interests of the Partnership, and the Partnership's creditors, partners and other interested parties to engage the firm of PJT Partners Inc. ("PJT Partners"), as investment banker for the Partnership in the Chapter 11 Case, subject to any requisite bankruptcy court approval; and

WHEREAS, in the judgment of the General Partner, it is desirable and in the best interests of the Partnership, and the Partnership's creditors, partners and other interested parties to engage Epiq Bankruptcy Solutions, LLC ("Epiq"), as claims agent and administrative advisor for the Partnership in the Chapter 11 Case, subject to any requisite bankruptcy court approval.

NOW THEREFORE BE IT RESOLVED, that Boken, be, and hereby is, appointed and elected to serve as the Chief Restructuring Officer (the "CRO") of the Partnership and he shall hold such office and be an agent of the Partnership until his successor is elected or until his earlier resignation or removal;

RESOLVED FURTHER, that the form, terms and provisions of the Services Agreement, in substantially the form reviewed by the General Partner, and all schedules, exhibits and appendices thereto and any documents contemplated thereby, and the transactions contemplated thereby be, and hereby are, approved, authorized and ratified in all respects;

RESOLVED FURTHER, that the General Partner shall be, and hereby is, authorized and empowered to execute for, in the name of, and on behalf of the Partnership, the Services Agreement, in substantially the form reviewed by the General Partner, with such changes therein as the General Partner shall approve or any officer of the General Partner executing the Services Agreement on behalf of the General Partner shall approve (which approval shall be conclusively evidenced by the General Partner's and such person's execution and delivery thereof); that the Partnership is hereby empowered and authorized to enter into, and to perform its obligations under, the Services Agreement as so executed and delivered; and that the General Partner or the CRO acting on behalf of the Partnership, is hereby authorized and empowered to execute for and on behalf of the Partnership any other document contemplated by the Services Agreement or related thereto;

RESOLVED FURTHER, that the engagement of Boken and Zolfo pursuant to the Services Agreement as a restructuring advisor for the Partnership in the Chapter 11 Case be, and hereby is, approved, authorized, and ratified in all respects, subject to any requisite bankruptcy court approval;

RESOLVED FURTHER, that the CRO and the General Partner (together, the "Authorized Agents") are hereby authorized and empowered on behalf of, and in the name of, the Partnership, acting singly or jointly, to execute and verify or certify a petition under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware to consummate the Chapter 11 Case at such time as said Authorized Agent executing the same shall determine;

RESOLVED FURTHER, that each of the Authorized Agents, and such other agents, officers and managers of the Partnership as any Authorized Agent shall from time to time designate, be, and each hereby is, authorized

and empowered on behalf of, and in the name of, the Partnership to execute and file all petitions, schedules, lists, and other papers and to take any and all action that any of the Authorized Agents may deem necessary or proper in connection with the Chapter 11 Case or any superseding or other bankruptcy case and, with respect to the CRO, to the extent consistent with the terms of the Services Agreement;

RESOLVED FURTHER, that the Partnership filing a petition seeking relief under chapter 11 of the Bankruptcy Code and the Chapter 11 Case and any superseding or other bankruptcy case be, and hereby are, authorized and approved in all respects;

RESOLVED FURTHER, that the Partnership be, and hereby is, authorized, to the extent applicable, to obtain the use of cash collateral, in such amounts and on such terms as may be agreed by any Authorized Agent, including, without limitation, the grant of replacement liens, as is reasonably necessary for the continuing conduct of the affairs of the Partnership;

RESOLVED FURTHER, that the engagement of RLF, as attorneys for the Partnership under a general retainer in the Chapter 11 Case be, and hereby is, approved, authorized and ratified in all respects, subject to any requisite bankruptcy court approval;

RESOLVED FURTHER, that the engagement of PJT, as investment banker for the Partnership in the Chapter 11 Case be, and hereby is, approved, authorized and ratified in all respects, subject to any requisite bankruptcy court approval;

RESOLVED FURTHER, that the engagement of Epiq, as claims agent and administrative advisor for the Partnership in the Chapter 11 Case be, and hereby is, approved, authorized and ratified in all respects, subject to any requisite bankruptcy court approval;

RESOLVED FURTHER, that each of the Authorized Agents be, and each hereby is, authorized and empowered on behalf of, and in the name of, the Partnership to take any and all such further actions as they determine to be necessary or helpful to these purposes, including to retain and employ other attorneys, investment bankers, advisors, accountants, and other professionals to assist in the Chapter 11 Case on such terms as such Authorized Agent deems necessary, proper, or desirable and, with respect to the CRO, to the extent consistent with the terms of the Services Agreement;

RESOLVED FURTHER, that any of the Authorized Agents and any employees or agents (including counsel) designated by or directed by such Authorized Agent, be, and each hereby is, authorized and empowered to cause the Partnership and such of its affiliates as such Authorized Agent deems appropriate to enter into, negotiate, execute, deliver, certify, file, record, and perform all certificates, affidavits, instruments, petitions,

agreements, or other documents and any amendments to any of the foregoing, and to take such other actions and to make such payments, as in the judgment of such Authorized Agent shall be or become necessary, proper, and desirable to prosecute to a successful completion of the Chapter 11 Case, to effectuate the restructuring of the Partnership's debt, other obligations, organizational form and structure, and ownership of the Partnership consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, and, with respect to the CRO, to the extent consistent with the terms of the Services Agreement, their authority thereunto to be evidenced by the taking of such actions; and

RESOLVED FURTHER, that any and all past actions of the Authorized Agents in the name and on behalf of the Partnership and/or the General Partner in furtherance of any or all of the preceding resolutions, which acts would have been authorized by the foregoing resolutions except that such acts were taken prior to the adoption of such resolution, be, and each act hereby is, ratified, confirmed and approved in all respects.

[*Signature Page Follows*]

The General Partner is hereby directed to file a signed copy of this consent in the minute book of the Partnership.

IN WITNESS WHEREOF, the undersigned, being the General Partner of the Partnership, hereby adopts the above resolutions as of the first date written above.

**GENERAL PARTNER:**

**EFS HC GP, LLC**

By: _____

Name: John Pettengill

Title: Authorized Signatory

| Debtor name | **Homer City Generation, L.P.** |
|---|---|

United States Bankruptcy Court for the District of Delaware

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Commonwealth of PA Clean Air Fund<br>PO Box 8460<br>Harrisburg, PA 17105 | Allen Binder<br>412-442-4168<br>Abinder@pa.com | Regulatory (Environmental) | | | | 1,100,000 |
| 2 | R&L Development Company<br>PO Box 529<br>New Alexandria, PA 15670 | David Zuchegno<br>724-668-3121<br>dzuchegno@rldevco.com | Trade Debts | | | | 831,675 |
| 3 | Hayes Mechanical<br>5959 S Harlem Ave<br>Chicago, IL 60638 | Eric Heuser<br>847-902-4769<br>eheuser@hayesmechanical.com | Trade Debts | | | | 790,088 |
| 4 | Cleveland Brothers Equipment Co Inc<br>4565 William Penn Hwy<br>Murrysville, PA 15668 | Jennifer Stiller<br>717-635-7401 x 2244<br>Jstiller@clevelandbrothers.com | Trade Debts | | | | 471,322 |
| 5 | Buffalo & Pittsburgh Railroad<br>201 N Penn St,<br>Punxsutawney, PA 15767 | Kevin Bowser<br>814-938-1505<br>kbowser@gwrr.com | Trade Debts | | | | 373,165 |
| 6 | Somerset Steel Erection Company Inc<br>2478 Lincoln Hwy<br>Stoystown, PA 15563 | Robert Hay<br>814-629-2107<br>reh@jjbodies.com | Trade Debts | | | | 253,111 |
| 7 | Naes Power Contractors Inc<br>167 Anderson Rd<br>Cranberry Twp, PA 16066 | Tiffany Williams<br>425-961-4700<br>Tiffani.williams@naes.com | Trade Debts | | | | 224,159 |
| 8 | CME Engineering LP<br>165 E Union Street. Suite 100<br>Somerset, PA 15501 | Sue Toth<br>814-443-3344 x 3017<br>Sue.toth@cmemgmt.com | Trade Debts | | | | 192,985 |

Debtor _____**Homer City Generation, L.P.**_____    Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Brand Energy Services LLC<br>501 Robb St<br>McKees Rocks, PA 15136 | Jacqueline Pardee<br>724-479-9760<br>Jacqueline.pardee@bais.com | Trade Debts | | | | 184,818 |
| 10 | Allegheny Mineral Corporation<br>PO Box 1022<br>Kittanning, PA 16201 | Ken Cooper<br>724-525-3862<br>Ken.cooper@syndercos.com | Trade Debts | | | | 155,796 |
| 11 | Townsend Gas & Oil Inc<br>1740 Old Route 119 S.<br>Homer City, PA 15748 | Jeff Townsend<br>724-479-9233<br>townsendgasoil@live.com | Trade Debts | | | | 141,219 |
| 12 | US Security Associates Inc<br>PO Box 931703<br>Atlanta, GA 31193 | Lonnie Sutton<br>770-625-1500<br>lsutton@ussecurityassociates.com | Trade Debts | | | | 136,880 |
| 13 | Kirby Electric Service Inc<br>415 Northgate Dr<br>Cranberry Twp, PA 16066 | Joseph Connors<br>724-584-7138<br>jconnors@kirbyelectricinc.com | Trade Debts | | | | 129,493 |
| 14 | Burnham Industrial Contractors Inc.<br>3229 Babcock Blvd.<br>Pittsburgh, PA 15237 | Patty Gratz<br>412-366-6622<br>patty@binsul.com | Trade Debts | | | | 119,261 |
| 15 | Control Analytics Inc.<br>6017 Enterprise Dr<br>Export, PA 15632-8969 | Amy Bean<br>724-387-2367<br>Amy.b@controlanalytics.com | Trade Debts | | | | 109,745 |
| 16 | SCR-TECH LLC<br>11707 Steele Creek Rd<br>Charlotte, NC | Corinne Oleyourryk<br>704-414-4616<br>c.oleyourryk@coalogix.com | Trade Debts | | | | 102,752 |
| 17 | Latrobe Window Cleaning Company<br>1506 Latrobe Derry Rd<br>Loyalhanna, PA 15661 | Sharon Weiss<br>724-537-3335<br>Sharon.weiss@latrobewindow.com | Trade Debts | | | | 101,633 |
| 18 | GAP Pollution & Environmental<br>100 Gapvax Ln<br>Johnstown, PA 15904 | Lori Scaglione<br>814-266-9469<br>lora@teamgap.com | Trade Debts | | | | 94,296 |

Debtor _____**Homer City Generation, L.P.**_____    Case number *(if known)*_____
                      Name

| # | Name/Address | Contact | Type | | | | Amount |
|---|---|---|---|---|---|---|---|
| 19 | Tetra Tech Inc<br>661 Andersen Dr<br>Pittsburgh, PA 15220 | Dale Skoff<br>412-921-4006<br>Dale.skoff@tetratech.com | Trade Debts | | | | 93,500 |
| 20 | Babcock & Wilcox Company<br>20 Van Buren Ave S<br>Barberton, OH 44203 | Christine Odum<br>330-860-6690<br>cdodum@babcock.com | Trade Debts | | | | 89,777 |
| 21 | GAI Consultants Incorporated<br>385 E Waterfront Dr<br>Homestead, PA | Khalid Khilji<br>724-387-2170 x 2728<br>k.khiliji@gaiconsultants.com | Trade Debts | | | | 87,351 |
| 22 | AirGas Specialty Products<br>611 Scott Way<br>Donora, PA 15033 | Grant Williams<br>412-889-7833<br>grant.williams@airgas.com | Trade Debts | | | | 77,506 |
| 23 | Sepco-PA Inc<br>1 Williamsburg Place, Suite G1<br>Warrendale, PA 15086 | Barbara Gray<br>724-776-0017<br>bgray@sepco-pa..com | Trade Debts | | | | 72,968 |
| 24 | Air Science Consultants<br>347 Prestley Rd<br>Bridgeville, PA 15017 | Stanley Penkala<br>412-221-6006 | Trade Debts | | | | 71,450 |
| 25 | Avogadro Environmental Corporation<br>1350 Sullivan Trail, Suite A<br>Easton, PA 18040 | Gail Gavin-Stout<br>610-559-8776 x 11602<br>Ggavin-stout@montrose-env.com | Trade Debts | | | | 57,804 |
| 26 | PA Department of Revenue<br>PO Box 280406<br>Harrisburg, PA 17128 | | Regulatory | | | | 54,841 |
| 27 | Cintar Inc<br>1667 E. Sutter Rd<br>Glenshaw, PA 15116 | Kathy Brezinski<br>412-219-0170<br>kbrezinski@cintar.com | Trade Debts | | | | 54,097 |
| 28 | Gould-Kramer Inc<br>3385 North Hills Rd<br>Murrysville, PA 15668 | Bob Kramer<br>724-733-8799<br>gouldkramer@hotmail.com | Trade Debts | | | | 53,080 |
| 29 | Terrasource Global Inc<br>PO Box 6326<br>Carol Stream, IL 60197 | Dan Porte<br>314-558-4501<br>Daniel.porte@terrasource.com | Trade Debts | | | | 52,035 |
| 30 | HDR Engineering Inc<br>5405 Data Court<br>Ann Arbor, MI 48108 | John VanGehuchten<br>412-497-6000<br>John.vangehuchten@hdrinc.com | Trade Debts | | | | 50,276 |

Fill in this information to identify the case and this filing:

Debtor Name  Homer City Generation, L.P.

United States Bankruptcy Court for the District of  Delaware
                                                    (State)
Case number (If known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors            12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 11, 2017          X _____
             MM/DD/YYYY                Signature of individual on behalf of debtor

                                       John R. Boken
                                       Printed name

                                       Chief Restructuring Officer
                                       Position or relationship to debtor

RLF1 15228751v.3

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------x
                                                       :
In re                                                  :        Chapter 11
                                                       :
HOMER CITY                                             :        Case No. 17-_____ (___)
GENERATION, L.P.,                                      :
                                                       :
            Debtor.¹                                   :
                                                       :
-------------------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and Rule 1007–1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership interests of Homer City Generation, L.P. ("**Homer City**" or the "**Debtor**"), proposed debtor and debtor in possession in the above-captioned chapter 11 case.  Homer City respectfully represents as follows:

Homer City, a Delaware limited partnership, has one (1) general partner and two (2) limited partners.  Homer City's general partner is non-Debtor EFS HC GP, LLC ("**EFS GP**") and Homer City's limited partners are non-Debtors EFS Homer City, LLC ("**EFS LP**") and Metropolitan Life Insurance Company ("**MetLife**").

EFS GP, which is not a Debtor in this chapter 11 case, is a Delaware limited liability company which owns less than one percent (1%) of the partnership interests of Homer City.

---

¹ The last four digits of the Debtor's federal tax identification number are 3693.  The location of the Debtor's principal place of business is 1750 Power Plant Road, Homer City, Pennsylvania 15748.

EFS LP, which is not a Debtor in this chapter 11 case, is a Delaware limited liability company which owns approximately ninety five-percent (95.04%) of the partnership interests of Homer City.

MetLife, which is also not a Debtor in this chapter 11 case, is a New York corporation which owns approximately five percent (4.96%) of the partnership interests of Homer City.

Both EFS GP and EFS LP are wholly owned by EFS-N LLC, a Delaware limited liability company.  EFS-N LLC is wholly owned by Aircraft Services Corporation, which is indirectly wholly owned by General Electric Company.

RLF1 15228751v.3

**Exhibit A**

**Corporate Organizational Chart**



Fill in this information to identify the case and this filing:

Debtor Name    Homer City Generation, L.P.

United States Bankruptcy Court for the District of    Delaware
                                                                    (State)

Case number (If known):

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership, or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐    Schedule H: Codebtors (Official Form 206H)

☐    Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐    Amended Schedule ____

☐    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☒    Other document that requires a declaration    Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 11, 2017                    X _____
               MM/DD/YYYY                          Signature of individual on behalf of debtor

                                                   John R. Boken
                                                   Printed name

                                                   Chief Restructuring Officer
                                                   Position or relationship to debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
------------------------------------------------------------ x
                                                             :
In re                                                        :        Chapter 11
                                                             :
HOMER CITY                                                   :        Case No. 17– _____ (      )
GENERATION, L.P.,                                            :
                                                             :
            Debtor.[1]                                       :
                                                             :
------------------------------------------------------------ x
```

**LIST OF EQUITY SECURITY HOLDERS PURSUANT TO**
**RULE 1007(a)(3) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

| Names and Last Known Addresses of Equity Interest Holders of Homer City Generation, L.P. | Kind/Class of Interest | Approximate Percentage of Interests Held |
|---|---|---|
| EFS HC GP, LLC<br>800 Long Ridge Rd.<br>Stamford, CT 06902 | General Partner | <1% |
| EFS Homer City, LLC<br>800 Long Ridge Rd.<br>Stamford, CT 06902 | Limited Partner | 95% |
| Metropolitan Life Insurance Company<br>10 Park Avenue, PO Box 1902<br>Morristown, NJ 07926<br>attn: Mark Bisci | Limited Partner | 5% |

---

[1] The last four digits of the Debtor's federal tax identification number are 3693.  The location of the Debtor's principal place of business is 1750 Power Plant Road, Homer City, Pennsylvania 15748.

Fill in this information to identify the case and this filing:

Debtor Name  Homer City Generation, L.P.

United States Bankruptcy Court for the District of  Delaware

(State)

Case number (If known): 

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors                    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☐ Schedule H: Codebtors (Official Form 206H)

☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☑ Other document that requires a declaration  List of Equity Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  January 11, 2017          ✗  _____
                 MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                   John R. Boken
                                                   Printed name

                                                   Chief Restructuring Officer
                                                   Position or relationship to debtor