UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

------------------------------------------------------x
                                                    :
In re                                               :    Chapter 11
                                                    :
HOMER CITY                                          :    Case No. 17-10086 (MFW)
GENERATION, L.P.                                    :
                                                    :
        Debtor.[1]                                  :
------------------------------------------------------x

NOTICE OF (I) FILING OF BANKRUPTCY PETITION AND RELATED
DOCUMENTS AND (II) HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR JANUARY 12, 2017 AT 1:00 P.M. (EST)

**PLEASE TAKE NOTICE** that on January 11, 2017, Homer City Generation, L.P., the debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of the voluntary petition, the Debtor has filed the following first day motions and related documents (collectively, the "**First Day Motions**"):[2]

A.   Declaration of John R. Boken in Support of the Debtor's Chapter 11 Petition and First Day Relief [Docket No. 17 - filed January 11, 2017]

B.   First Day Motions:

1.   Debtor's Application for Entry of an Order Pursuant to 28 U.S.C. § 156(c) (I) Approving the Retention and Appointment of Epiq Bankruptcy Solutions, LLC as the Claims and Noticing Agent to the Debtor, Effective *Nunc Pro Tunc* to the Commencement Date and (II) Granting Related Relief [Docket No. 7 - filed January 11, 2017]

---

[1] The last four digits of the Debtor's federal tax identification number are 3693. The location of the Debtor's principal place of business is 1750 Power Plant Road, Homer City, Pennsylvania 15748.

[2] All motions and other pleadings referenced herein are available online at the following address: http://dm.epiq11.com/homercity.

2. Debtor's Motion for Entry of Interim and Final Orders Authorizing Debtor to Continue Its Insurance Programs and Surety Bond Program and to Pay All Obligations with Respect Thereto Pursuant to Sections 105(a), 363(b), 364(c), 364(d), and 503(b) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 [Docket No. 4 - filed January 11, 2017]

3. Debtor's Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a), and 541 for Authorization to Pay Certain Prepetition Taxes and Fees [Docket No. 2 - filed January 11, 2017]

4. Debtor's Motion for Entry of Interim and Final Orders (I) Approving Proposed Form of Adequate Assurance of Payment to Utility Companies, (II) Establishing Procedures for Resolving Objections by Utility Companies, and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service Pursuant to Sections 105(a) and 366 of the Bankruptcy Code [Docket No. 3 - filed January 11, 2017]

5. Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Continue Using Existing Cash Management System, Bank Accounts, and Business Forms and (B) Implement Ordinary Course Changes to Cash Management System, (II) Extending the Time to Comply with Section 345(b) of the Bankruptcy Code, and (III) Granting Related Relief [Docket No. 5 - filed January 11, 2017]

6. Debtor's Motion for Interim and Final Orders Authorizing the Debtor to Pay Prepetition Claims of General Unsecured Creditors in the Ordinary Course of Business Pursuant to Sections 105(a), 362(d), 363(b), and 503(b)(9) of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004 [Docket No. 6 - filed January 11, 2017]

7. Debtor's Motion to (A) Schedule a Combined Hearing on (I) Adequacy of Disclosure Statement and Solicitation Procedures and (II) Confirmation of Plan; (B) Establish Procedures for Objecting to Disclosure Statement, Solicitation Procedures, and Plan; (C) Approve Form, Manner, and Sufficiency of Notice of Combined Hearing and Commencement of Chapter 11 Case, (D) Extend Time, and Upon Plan Confirmation, Waive the Requirements to (I) Convene Section 341 Meeting and (II) File Statement of Financial Affairs and Schedules of Assets and Liabilities; and (E) Grant Related Relief [Docket No. 8 - filed January 11, 2017]

8. Debtor's Motion for Order Shortening Notice and Objection Periods Regarding Debtor's Motions for Orders (I) Authorizing (A) Assumption of Engagement Letter Between the Debtor and Morgan Stanley Senior Funding, Inc., as Lead Arranger for Exit or Other Financing, (B) Payment of Related Fees and Expenses and (C) Indemnification of Morgan Stanley Senior Funding, Inc., and (II) Authorizing the Debtor to File the Engagement Letter Between the Debtor and Morgan Stanley Senior Funding, Inc. and an Unredacted Version of the Debtor's Motion to Assume Under Seal [Docket No. 19 - filed January 11, 2017]

9. Debtor's Motion for Order Shortening Notice and Objection Periods Regarding Debtor's Motion for Authority to Assume the Restructuring Support Agreement and Related Relief [Docket No. 12 - filed January 11, 2017]

10. Debtor's Motion for an Interim Order: (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [Docket No. 16 - filed January 11, 2017]

   i. Notice of Filing of Interim Budget in Connection with the Debtor's Motion for an Interim Order: (I) Authorizing the Debtor to Use Cash Collateral, (II) Granting Adequate Protection to the Prepetition Secured Parties, (III) Modifying the Automatic Stay and (IV) Scheduling a Final Hearing [Docket No. 21 - filed January 11, 2017]

C. Plan Related Documents[3]:

11. Prepackaged Chapter 11 Plan of Reorganization of Homer City Generation, L.P. [Docket No. 9 - filed January 11, 2017]

12. Disclosure Statement for Prepackaged Chapter 11 Plan of Reorganization of Homer City Generation, L.P. [Docket No. 10 - filed January 11, 2017]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for **January 12, 2017 at 1:00 p.m. (Eastern Standard Time)** at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 4, Wilmington, Delaware 19801 before The Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that all objections, if any, to the relief requested in the First Day Motions may be made at the First Day Hearing.

---

[3] These documents have been included herein for the convenience of the Court. These matters will not be going forward at the First Day Hearing

RLF1 15232960v.9

Dated: January 11, 2017
      Wilmington, Delaware

          */s/ Joseph C. Barsalona II*
          RICHARDS, LAYTON & FINGER, P.A.
          Mark D. Collins (No. 2981)
          Russell C. Silberglied (No. 3462)
          Paul N. Heath (No. 3704)
          Joseph C. Barsalona II (No. 6102)
          Andrew M. Dean (No. 6147)
          One Rodney Square
          920 North King Street
          Wilmington, Delaware 19801
          Telephone:  (302) 651-7700
          Facsimile:  (302) 651-7701
          Email:  collins@rlf.com
                  silberglied@rlf.com
                  heath@rlf.com
                  barsalona@rlf.com
                  dean@rlf.com

          *Proposed Attorneys for the Debtor and Debtor in Possession*