UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE



```
-----------------------------------------------x
                                                :
In re                                           :    Chapter 11
                                                :
HOMER CITY                                      :    Case No. 17-10086 (MFW)
GENERATION, L.P.                                :
                                                :    Re: Docket No. 8
          Debtor.¹                              :
-----------------------------------------------x
```

**ORDER (A) SCHEDULING A COMBINED HEARING ON (I) ADEQUACY OF DISCLOSURE STATEMENT AND SOLICITATION PROCEDURES AND (II) CONFIRMATION OF PLAN; (B) ESTABLISHING PROCEDURES FOR OBJECTING TO DISCLOSURE STATEMENT, SOLICITATION PROCEDURES, AND PLAN; (C) APPROVING FORM, MANNER, AND SUFFICIENCY OF NOTICE OF COMBINED HEARING AND COMMENCEMENT OF CHAPTER 11 CASE; (D) EXTENDING TIME, AND UPON PLAN CONFIRMATION, WAIVING REQUIREMENTS TO (II) CONVENE SECTION 341 MEETING AND (I) FILE STATEMENT OF FINANCIAL AFFAIRS AND SCHEDULES OF ASSETS AND LIABILITIES; AND (E) GRANTING RELATED RELIEF**

Upon the motion, dated January 11, 2017 (the "**Motion**"),² of Homer City Generation, L.P., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**"), pursuant to sections 105, 341, 1125, 1126, 1128, and 1129 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 1007, 2002, 3017, 3018, 3020, 9006, and 9018 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rules 1007-1, 3017-1, 3018-1, 3018-2, and 9006-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), for entry of an order (a) scheduling a Combined Hearing to consider (i) the adequacy of the Disclosure Statement ("**Disclosure Statement**") for *the Prepackaged Chapter 11 Plan of Reorganization of*

---

¹ The last four digits of the Debtor's federal tax identification number are 3693. The location of the Debtor's principal place of business is 1750 Power Plant Road, Homer City, Pennsylvania 15748.

² Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion.

*Homer City Generation, L.P.* (the "**Plan**") and the Solicitation Procedures, and (ii) confirmation of the Plan; (b) establishing procedures for objecting to the Disclosure Statement, Solicitation Procedures, and Plan; (c) approving the form, manner, and sufficiency of notice of the Combined Hearing and commencement of this chapter 11 case; (d) extending time for the Debtor to (i) file the Schedules and SOFAs through and including the Deadline (as defined herein) and waiving the requirement that the Debtor file the Schedules and SOFAs upon confirmation of the Plan and (ii) convene the meeting of creditors pursuant to section 341(a) of the Bankruptcy Code (the "**Section 341 Meeting**") through and including the Deadline and waiving the requirement that the Debtor convene a Section 341 Meeting if the Plan is confirmed by the Deadline; and (e) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion having been given as provided in the Motion, and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and a hearing having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the record of the Hearing; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted to the extent set forth herein.

2. The Combined Hearing (at which time the Bankruptcy Court will consider, among other things, the adequacy of the Disclosure Statement and Solicitation Procedures, and confirmation of the Plan) will be held before the Honorable Mary F. Walrath, United States Bankruptcy Judge, in courtroom 4 of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Fifth Floor, Wilmington, Delaware, on ___Feb. 15___, 2017 at ___10:30AM___ **(Prevailing Eastern Time).** The Combined Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates in open court or at the Combined Hearing and notice of such adjourned date(s) will be available on the electronic case filing docket.

3. Any objections to the approval of the Disclosure Statement, the Solicitation Procedures, or confirmation of the Plan must: (a) be in writing; (b) state the name and address of the objecting party and the amount and nature of the claim or interest of such party; (c) state the legal and factual basis for and nature of any objection; (d) conform to the Bankruptcy Rules and the Local Rules; and (e) be filed with the Bankruptcy Court, together with proof of service. In addition to being filed with the Bankruptcy Court, any such responses or objections must be served on the following parties so as to be received by **no later than 4:00 p.m. (Prevailing Eastern Time) on** ___Feb. 8___, 2017 (the "Objection Deadline"), on the following parties:

    i.    the Debtor:
            Homer City Generation, L.P.
            1750 Power Plant Road
            Homer City, Pennsylvania, 15748
            Attn:        Matthew L. Weidner, Esq.
            Email:      matthew.weidner@ge.com

    ii.    Proposed counsel to the Debtor:
            Richards, Layton & Finger, P.A.

      920 North King Street
      Wilmington, DE 19801
      Attn:  Mark D. Collins, Esq.
          Russell C. Silberglied, Esq.
          Paul N. Heath, Esq.
      Telephone: (302) 651-7700
      Facsimile: (302) 651-7701
      E-mail:  Collins@rlf.com
          Silberglied@rlf.com
          Heath@rlf.com

  iii.  Counsel to GE:
      Weil, Gotshal & Manges LLP (as counsel to GE)
      767 Fifth Avenue
      New York, NY 10153
      Attn:  Robert J. Lemons, Esq.
          Sunny Singh, Esq.
      Telephone: (212) 310-8000
      Facsimile: (212) 310-8007
      E-mail:  Robert.Lemons@weil.com
          Sunny.Singh@weil.com

  iv.  Counsel to the Consenting Noteholders:
      O'Melveny & Myers LLP (as counsel to the Consenting Noteholders)
      7 Times Square
      New York, NY 10036
      Attn:  George A. Davis, Esq.
          Andrew M. Parlen, Esq.
      Telephone: (212) 236-2000
      Facsimile: (212) 236-2061
      E-mail:  GDavis@omm.com
          AParlen@omm.com

4. Objections, if any, not timely filed and served in the manner set forth above may, in the Court's discretion, not be considered and may be overruled.

5. The Debtor shall file its brief in support of confirmation of the Plan, if any, and its reply to any objections no later than three (3) business days before the Combined Hearing.

6. The Debtor is authorized to combine the notice of the Combined Hearing and notice of the commencement of the chapter 11 case.

7. Notice of the Combined Hearing as proposed in the Motion and the form of Combined Notice, substantially in the form attached hereto as **Exhibit 1**, shall be deemed good and sufficient notice of the Combined Hearing and no further notice need be given. Pursuant to Bankruptcy Rule 3017(d), the Debtor shall not be required to distribute the Disclosure Statement and the Plan to parties not entitled to vote because they are unimpaired under the Plan. The Debtor shall cause Epiq Bankruptcy Solutions, LLC ("**Epiq**" or the "**Voting Agent**") to mail a copy of the Combined Notice to the parties set forth in the Motion within two (2) business days of the entry of this Scheduling Order or as soon as reasonably possible.

8. Substantially contemporaneously with the service of the Combined Notice, the Debtor shall cause to be posted to the Website various chapter 11 related documents, including: (a) the Plan, (b) the Disclosure Statement, (c) the Motion and any orders entered in connection with the Motion, and (d) the Combined Notice. The Debtor's Website address is: http://dm.epiq11.com/homercity.

9. The Debtor is authorized, pursuant to Bankruptcy Rule 2002(*l*), to give supplemental publication notice of the Combined Hearing by publication in a newspaper designated by the Debtor in its sole discretion and on a date no less than twenty-eight (28) days prior to the Combined Hearing.

10. To the extent that section 1125(b) of the Bankruptcy Code requires the Debtor's prepetition solicitation of acceptances for the Plan to be pursuant to an approved disclosure statement in order to continue on a postpetition basis, the Court conditionally approves the Disclosure Statement as having adequate information as required by section 1125 of the Bankruptcy Code without prejudice to any party in interest objecting to the Disclosure Statement at the Confirmation Hearing.

11. The notice procedures set forth herein constitute good and sufficient notice of the Combined Hearing, the commencement of the chapter 11 case, and the deadline and procedures for objecting to the adequacy of the Disclosure Statement and the Solicitation Procedures, and/or confirmation of the Plan, and no other or further notice shall be necessary;

12. The time within which the Debtor shall file its Schedules and SOFAs is extended through and including March 12, 2017 (the "**Deadline**"), without prejudice to the Debtor's right to file a separate motion seeking further extensions of the time within which to file the Schedules and SOFAs or seeking additional relief from this Court regarding the filing of, or waiver of the requirement to file, the Schedules and SOFAs.

13. Notwithstanding paragraph 12 above, the requirement that the Debtor file the Schedules and SOFAs is permanently waived effective upon the date of confirmation of the Plan, *provided that* confirmation occurs on or before the Deadline.

14. The Section 341 Meeting shall be deferred until the Deadline and shall be waived unless the Plan is not confirmed by the Deadline.

15. The Ballots, substantially in the forms attached to the Motion as **Exhibits B-1 and B-2**, are approved.

16. The procedures used for tabulations of votes to accept or reject the Plan as set forth in the Motion and as provided by the Ballots are approved, *provided, however*, that the Voting Agent shall file with the tabulations of votes a list of all votes not counted, and the reasons therefor.

17. The Debtor is authorized to take all action necessary to effectuate the relief granted in this Order.

18. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

Dated: Jan. 12, 2017
Wilmington, Delaware

*[signature]*
THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE