**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re** | : | **Chapter 11** |
| **HOMER CITY GENERATION, L.P.** | : | **Case No. 17-10086 (MFW)** |
| **Debtor.**[1] | : | |

# NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF FIRST AMENDED PREPACKAGED CHAPTER 11 PLAN OF REORGANIZATION OF HOMER CITY GENERATION, L.P.

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that, on February 15, 2017, the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware (the "**Court**") entered an order (Docket No. 157) (the "**Confirmation Order**"),[2] approving, among other things, the *First Amended Prepackaged Chapter 11 Plan of Reorganization of Homer City Generation, L.P.*, dated February 10, 2017 (Docket No. 147) (the "**Plan**") of Homer City Generation, L.P., as debtor and debtor in possession in the above-captioned chapter 11 case (the "**Debtor**").

**PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on April 6, 2017 and, as a result, the Plan has been substantially consummated.**

**PLEASE TAKE FURTHER NOTICE** that the Debtor hereby files, as Exhibit A hereto, a summary of certain key financial terms of the Exit Financing.

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1141 and other applicable provisions of title 11 of the United States Code and as set forth in the Plan, upon the occurrence of the Effective Date, the provisions of the Plan (including the exhibits thereto and all documents and agreements executed pursuant thereto or in connection therewith), and the Confirmation Order **shall bind** the Debtor, the Reorganized Debtor, holders of Claims or Interests in the Debtor, other persons giving, acquiring, or receiving property under the Plan, non-Debtor parties to executory contracts and unexpired leases with the Debtor, other parties in interest in the Chapter 11 Case, and the respective heirs, executors, administrators, successors or assigns of the foregoing.

[1] The last four digits of the Debtor's federal tax identification number are 3693. The location of the Debtor's principal place of business is 1750 Power Plant Road, Homer City, Pennsylvania 15748.

[2] Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that professionals requesting compensation pursuant to sections 330, 331, 363, or 503(b) of the Bankruptcy Code and section 2.2 of the Plan for services rendered in connection with the Chapter 11 Cases prior to the Effective Date must: (a) immediately provide an estimate of their Fee Claims to the Reorganized Debtor (if they have not done so already), and (b) file with the Bankruptcy Court, and serve on the Reorganized Debtor, the U.S. Trustee and counsel to the Consenting Noteholders, an application for the allowance of final compensation for services rendered and reimbursement of expenses incurred from the Commencement Date through the Effective Date in the Chapter 11 Case on or before May 8, 2017.

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Order, the Plan, and the documents incorporated therein, can be viewed for free at the website for the Debtor's claims and noticing agent, Epiq Bankruptcy Solutions, LLP ("**Epiq**"): http://dm.epiq11.com/homercity. Additionally, copies of such documents are available upon request by (i) calling Epiq at +1 (646) 282-2500 or (866) 734-9393 (toll free), (ii) sending an electronic mail message to tabulation@epiqsystems.com with "Homer" in the subject line, or (iii) accessing the Court's website: www.deb.uscourts.gov. A PACER password and login are needed to access documents on the Court's website. A PACER password can be obtained at http://www.pacer.psc.uscourts.gov. The Confirmation Order, the Plan, and all of the documents incorporated therein are also available for inspection during regular business hours in the office of the Clerk of the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.

Dated: April 6, 2017
Wilmington, Delaware

*<u>/s/ Russell C. Silberglied</u>*

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Joseph C. Barsalona II (No. 6102)
Andrew M. Dean (No. 6147)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
silberglied@rlf.com
barsalona@rlf.com
dean@rlf.com

*Attorneys for the Debtor and Debtor in Possession*